UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAUGHEY,<br><br>                            Plaintiff,<br><br>v.<br><br>LIVELY ROOT TECHNOLOGIES et al.,<br>                            Defendants. | Case No.:  3:22-cv-1826-JES-BLM<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE**<br><br>**ECF No. 16** |

      On November 20, 2022, Plaintiff Patrick Caughey filed his original complaint in this action. ECF No. 1. On December 20, 2022, Plaintiff filed an amended complaint. ECF No. 4. On May 17, 2023, the Court ordered Plaintiff, on or before June 7, 2023, to show cause why this case should not be dismissed without prejudice for failure to serve Defendants. ECF No. 13 ("OSC") at 1. On June 5, 2023, Plaintiff submitted acknowledgement of service of the case by Defendants.

/ / /

/ / /

/ / /

/ / /

On June 6, 2023, Plaintiff filed a response to the Court's OSC detailing the efforts to serve Defendant and the settlement agreement reached between the parties and requesting that the Court discharge the OSC. ECF No. 16. Good cause appearing for the delay in service, the Court hereby **DISSOLVES** its May 17, 2023, OSC.

**IS IT SO ORDERED**.

Dated: June 21, 2023

Honorable James E. Simmons, Jr.
Unites States District Judge